1  Kevin Fitzgerald
   **Lewis Saul & Associates, P.C.**
2  183 Middle Street, Suite 200
   Portland, ME 04101
3  Telephone: (207) 874-7407
   Fax: (207) 874-4930
4  Attorneys for Plaintiffs

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14 This Document Relates To: | |
| 15 *Maria Gilbert v. Pfizer Inc*<br>   (06-0354 CRB)<br>16 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 *Marlene McAdam v. Pfizer Inc, et al.*<br>   (08-3642 CRB) | |
| 18 *Robert Hill v. Pfizer Inc, et al.*<br>   (10-0814 CRB)<br>19 | |
| 20 *Larry York, Sr. v. Pfizer Inc, et al.*<br>   (10-1700 CRB) | |
| 21 *Diane Walker-Ketch v. Pfizer Inc, et al.*<br>   (10-1842 CRB)<br>22 | |
| 23 *Cynthia Carlton v. Pfizer Inc, et al.*<br>   (10-4344 CRB) | |

24

25     Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

26 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

27 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

28 //

-1-

each side bearing its own attorneys' fees and costs.

DATED: 10/29, 2010    By: /s/

**LEWIS SAUL & ASSOCIATES, P.C.**
183 Middle Street, Suite 200
Portland, ME 04101
Telephone: (207) 874-7407
Facsimile: (207) 874-4930

*Attorneys for Plaintiffs*

DATED: 12/6, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Dec. 13, 2010

_____
Hon. Charles R. Breyer
United States District Court

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**